# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2022 KW 1336

**FEBRUARY 1, 2023**

---

In Re:     Richard B. Lay, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 11-
           CR5-112033.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the bill of information, the habitual offender bill of
information, the commitment order, all pertinent minute entries
and/or transcripts, and any other portions of the district court
record that might support the claims raised in the writ
application. Supplementation of this writ application and/or an
application for rehearing will not be considered. See Uniform
Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any
future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy
of this ruling.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
   FOR THE COURT